

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00476-CV

**IN RE** Roel **GUERRA**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: November 6, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On July 15, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-23-226, styled *Maria Fabiola Guerra v. Roel Guerra*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza, Presiding.